**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ.   CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DEAN & TAREN MASOUD, individually and as
Guardians Ad Litem for their minor
children ALAE M. and AMALIA M.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | | |
|---|---|---|
| DEAN MASOUD et al., | ) | Case No. 2:06-CV-01170-FCD-EFB |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND ORDER RE: |
| | ) | FILING PETITION FOR APPROVAL OF |
| vs. | ) | MINOR'S COMPROMISE OF CLAIMS |
| | ) | UNDER SEAL |
| | ) | |
| COUNTY OF SAN JOAQUIN, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   The parties hereto, in consultation with and through their respective counsel, in consideration of the facts and circumstances set forth below, hereby agree and stipulate as set for the herein below, and request this court adopt the stipulation of the parties as an order of this court.

   The facts and circumstances prompting this stipulation and the requested court order as considered by the parties are;

   1.) The parties have settled this matter;

1

2.) The case involves 2 minor plaintiffs, and therefore requires the filing of a Petition for Minor's Compromise of Claims ("Petition");

3.) The minors have rights of privacy pursuant to the 1st Amendment, not only personally, but as to the financial nature of the settlement on their behalves, and request the documents remain sealed without a time limitation as they contain payouts of proceeds past their initial age of majority; and

4.) There is an issue of urgency related to the limited period of time (seven days) that the annuity broker handling placement of the minor's annuity can guarantee a promised rate of return which can be used for calculating payout amounts for the minors' annuity, as substantial changes (in particular decreasing interest rates) would require the re-submission of the Petition and significant additional revision of documents related to the annuity and the Petition.

5.) Additionally, the Settlement Agreement contains a Covenant Against Publicity, and therefore the Petition for Minor's Compromise and supporting documents, all of which contain details of the Settlement Agreement, must be filed under seal if such provision of the Settlement Agreement is to have any meaning.

In consideration of the foregoing, the parties respectfully request the court order as follows:

1. The Petition For Approval of Minor's Compromise Of Claims, and all documents submitted therewith shall be filed under seal, with hand delivery in a sealed envelope to the clerk for Judge Damrell, with this order affixed to the front of the envelope.

2. The court will decide whether to approve the Petition on the pleadings alone, or to set a hearing on the matter, which hearing will either be held in chambers or in a hearing closed to the public, or such other method as will ensure confidentiality of the proceeding.

3. In the event the court desires to hold a hearing on the Petition, the parties request that the hearing be set within 7 days of submission of the Petition, and the court may telephonically notice the parties on as little as 24 hours advance notice, though in the event counsel for the County of San Joaquin and defendant employees thereof, or counsel for the City of Stockton and defendant employees thereof have filed a Statement of Non-Opposition, his/her attendance is not required.

4. Plaintiffs will follow the requirements of Local Rule 39-141(c) and file the Notice of Filing of Document Under Seal procedures therein.

IT IS SO STIPULATED.

Date:  11/19/07                                      /s/  Robert R. Powell
                                                     ROBERT R. POWELL
                                                     Attorney for Plaintiffs


Date:  11/19/07                                      /s/ Dana A. Suntag
                                                     DANA A. SUNTAG
                                                     Attorney for Defendants County of San
                                                     Joaquin, Arlene Miller, Ken Egi, and
                                                     Stephanie Evans


Date:  11/19/07                                      /s/ Shelley Green
                                                     SHELLEY GREEN
                                                     Attorney for Defendants City of Stockton,
                                                     James Osbourne, Richard Leslie, Darren
                                                     Sandoval, and David Ambrose

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing therefor, the court hereby adopts the stipulations as orders of this court.

**IT IS SO ORDERED.**

DATED: November 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE