ROBERT R. POWELL, ESQ. CSB#159747
DENNIS R. INGOLS, ESQ.   CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DEAN & TAREN MASOUD, et al.

FILED

NOV 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| DEAN MASOUD et al., <br><br> Plaintiffs, <br><br><br><br><br> COUNTY OF SAN JOAQUIN, et al, <br><br> Defendants. | Case No. 06-CV-01170-FCD-EFB <br><br> PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION IN SUPPORT OF PETITION, AND ORDER APPOINTING GUARDIAN AD LITEM |

Robert R. Powell, attorney for the plaintiffs Dean & Taren Masoud, Alae M. and Amalia M. herein, makes this petition on behalf of minor plaintiffs/petitioners, as follows;

1. Petitioner Alae M. is a minor of the age 5 years.

2. Petitioner Amalia M. is a minor of the age 3 years.

3. Petitioners and their parents commenced the above-captioned action against the County of San Joaquin, the City of Stockton, and various subunits and employees of same, due to violations of their civil rights, and other related claims, that arose out of the removal of petitioners from their parents by Stockton Police Department officers and the detention of

1

Petition for Appointment of Guardians Ad Litem and
Order Thereon
Masoud v. San Joaquin County, et al.
Case No.: 06-CV-01170-FCD-EFB

petitioners by San Joaquin County CPS. Petitioners were represented in guardian ad litem capacity by their parents, Dean & Taren Masoud, throughout this case, though a formal appointment was never requested or ordered.

4.  I nominate Dean and Taren Masoud to serve as Guardians Ad Litem for Petitioners in this matter. Mr. and Mrs. Masoud have consented to this appointment.

5.  Dean and Taren Masoud are competent and responsible persons and fully competent to act as Petitioners' Guardians Ad Litem.

WHEREFORE, Petitioners move the court for an order appointing Dean and Taren Masoud as Guardians Ad Litem of Petitioners for the sole purpose of continuing in the above-captioned proceeding

Dated: November 19, 2007                    /S/ Robert R. Powell
                                            ROBERT R. POWELL, ESQ.

## CONSENT OF NOMINEES

I, DEAN MASOUD, the nominee of the petitioners, consent to act as Guardian Ad Litem for the minor petitioners in the above action.

Dated: November 20, 2007                    /S/ Dean Masoud
                                            DEAN MASOUD

I, TAREN MASOUD, the nominee of the petitioners, consent to act as Guardian Ad Litem for the minor petitioners in the above action.

Dated: November ___, 2007
                                            _____
                                            TAREN MASOUD

Petition for Appointment of Guardians Ad Litem and
Order Thereon
Masoud v. San Joaquin County, et al.
Case No.: 06-CV-01170-FCD-EFB

01-01-2000 00:14   JAVAAROMA 2099525282                                                                 PAGE2
Case 2:06-cv-01170-FCD-EFB   Document 32   Filed 11/28/07   Page 3 of 5
Case 2:06-cv-01170-FCD-EFB   Document 28   Filed 11/20/2007   Page 3 of 5

1  petitioners by San Joaquin County CPS. Petitioners were represented in guardian ad litem
2  capacity by their parents, Dean & Taren Masoud, throughout this case, though a formal
3  appointment was never requested or ordered.
4  4.   I nominate Dean and Taren Masoud to serve as Guardians Ad Litem for Petitioners in
5  this matter. Mr. and Mrs. Masoud have consented to this appointment.
6  5.   Dean and Taren Masoud are competent and responsible persons and fully competent to
7  act as Petitioners' Guardians Ad Litem.
8  
9  WHEREFORE, Petitioners move the court for an order appointing Dean and Taren
10 Masoud as Guardians Ad Litem of Petitioners for the sole purpose of continuing in the above-
11 captioned proceeding
12 Dated: November 19, 2007                    /S/ Robert R. Powell
                                               ROBERT R. POWELL, ESQ.
13
14
15                          **CONSENT OF NOMINEES**
16 I, DEAN MASOUD, the nominee of the petitioners, consent to act as Guardian Ad
17 Litem for the minor petitioners in the above action.
18
   Dated: November ____, 2007                  _____
19                                             DEAN MASOUD
20
21 I, TAREN MASOUD, the nominee of the petitioners, consent to act as Guardian Ad
22 Litem for the minor petitioners in the above action.
23 Dated: November 19, 2007                    [signature]
24                                             TAREN MASOUD
25

2

Petition for Appointment of Guardians Ad Litem and
Order Thereon
Masoud v. San Joaquin County, et al.
Case No.: 06-CV-01170-FCD-PAN

## POINTS AND AUTHORITIES

Federal Rules of Civil Procedure Section 17(c), provides in pertinent part that "[t]he court shall appoint a guardian ad litem for an infant or incompetent person not otherwise represented in an action or shall make such other order as it deems proper for the protection of the infant or incompetent person." Minor children are considered to be "incompetent" for purposes of maintaining a legal action, and in need of protection from the court to ensure their interests are fairly served in the litigation.

Plaintiffs have presented a motion requesting appointment of the natural mother and father as G.A.L. for Alae M. and Amalia M., minors, pursuant to the foregoing authority and request the court order same.

## DECLARATION OF ROBERT R. POWELL

1. I, Robert R. Powell, do hereby declare;

2. I am an attorney licensed to practice before all the courts of the State of California, all of the District Courts of the 9th Judicial Circuit within the State of California, and a member in good standing of the bar of the 9th Judicial Circuit and U.S. Supreme Court. I am the attorney of record for plaintiffs in the above-entitled action.

3. Approximately 50% of my law practice includes the filing and prosecution of civil rights actions against county governments for the actions of social service and child protective service workers in the unlawful removal and detention of minor children in violation of the child[ren] and/or family's rights to familial association, and associated violations of a plaintiff's civil rights by state actors such as police officers and sheriffs in the context of child abuse investigations.

3

Petition for Appointment of Guardians Ad Litem and
Order Thereon
Masoud v. San Joaquin County, et al.
Case No.: 06-CV-01170-FCD-EFB

4.  I respectfully request the court order the appointment of Dean and Taren Masoud as the Guardians Ad Litem for Alae M. and Amalia M. in the above-entitled action.

5.  The foregoing is sworn to under penalty of perjury pursuant to the laws of the State of California.

Dated: November 2, 2007

/S/ Robert R. Powell
ROBERT R. POWELL, ESQ
Attorney for Plaintiffs

## ORDER

The petition for an order appointing Dean Masoud and Taren Masoud as Guardians Ad Litem for petitioners, Amalia M. and Alae M., is GRANTED. IT IS SO ORDERED.

Dated: 11 / 26 /2007

HON. FRANK C. DAMRELL
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA

4

Petition for Appointment of Guardians Ad Litem and
Order Thereon
Masoud v. San Joaquin County, et al.
Case No.: 06-CV-01170-FCD-EFB