1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California 95202
4  Telephone: (209) 943-2004
   Facsimile:   (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  GILBERTO GUTIERREZ (California State Bar #85795)
   Deputy County Counsel
7  OFFICE OF THE COUNTY COUNSEL
    OF SAN JOAQUIN
8  County of San Joaquin
   Courthouse - Room 711
9  222 East Weber Avenue
   Stockton, California 95202
10 Telephone: (209) 468-2980

11 Attorneys for Defendants
   COUNTY OF SAN JOAQUIN,
12 STEPHANIE EVANS,
   ARLENE MILLER, and
13 KEN EGI

14

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18 DEAN MASOUD, et al.,                    ) **No. 2:06-CV-01170-FCD-EFB**
                                           )
19         Plaintiffs,                     ) **STIPULATION AND ORDER FOR**
                                           ) **DISMISSAL OF ENTIRE ACTION**
20     v.                                  ) **WITH PREJUDICE**
                                           )
21 COUNTY OF SAN JOAQUIN, et al.,          )
                                           )
22         Defendants.                     )
                                           )
23                                         )
                                           )
24 _____ )

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL
                              1

IT IS STIPULATED AND AGREED, by and between Plaintiffs and each Defendant, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this entire case be dismissed with prejudice, each party to bear its own costs and fees.

Dated: February 26, 2008     LAW OFFICES OF ROBERT R. POWELL

By: */s/ Robert R. Powell*
ROBERT R. POWELL
Attorney for Plaintiffs
DEAN and TAREN MASOUD, individually, and AMALIA M. and ALAE M., by and through their Guardian ad Litem, TAREN MASOUD

Dated: February 26, 2008     SUNTAG & FEUERSTEIN
A Professional Corporation

By: */s/ Dana A. Suntag*
DANA A. SUNTAG
Attorneys for Defendants
COUNTY OF SAN JOAQUIN, STEPHANIE EVANS, ARLENE MILLER, and KEN EGI

Dated: February 26, 2008     RICHARD E. NOSKY, JR.
CITY ATTORNEY

By: */s/ Shelley L. Green*
SHELLEY L. GREEN
Attorneys for Defendants
CITY OF STOCKTON, DAVID AMBROSE, DARREN SANDOVAL, SGT. OSBOURNE, and SGT. LESLIE

## O R D E R

IT IS SO ORDERED.

Dated: February 26, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE